___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

JUL 21 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ERICK HERNANDEZ, ) CASE NO. C08-0498-JLR
)
Petitioner, )
)
v. ) ORDER OF DISMISSAL
)
A. NEIL CLARK, et al., )
)
Respondents. )
_____ )

The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition, all papers and exhibits in support and in opposition to that petition, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's § 2241 petition is DENIED, and this action is DISMISSED with prejudice; and

(3) The Clerk is directed to send copies of this Order to petitioner and to Judge Theiler.

DATED this 21st day of July, 2008.

JAMES L. ROBART
United States District Judge

08-CV-00498-ORD

ORDER OF DISMISSAL
PAGE -1