UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERICK HERNANDEZ, | CASE NO. C08-0498-JLR |
| Petitioner, | |
| v. | ORDER OF DISMISSAL |
| A. NEIL CLARK, et al., | |
| Respondents. | |

The Court, having reviewed petitioner's Renewed Motion for Reconsideration, all papers and exhibits in support and in opposition to that motion, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's renewed motion for reconsideration, Dkt. 18, is DENIED, and this action is DISMISSED with prejudice; and

(3) The Clerk is directed to send copies of this Order to petitioner and to Judge Theiler.

DATED this 12th day of December, 2008.

JAMES L. ROBART
United States District Judge

08-CV-00498-ORD

ORDER OF DISMISSAL
PAGE -1